[No. 39849-1-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FELICIA A. DRUMMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01436-9, Richard D. Eadie, J., entered November 8, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39901-2-I.    Division One.    March 23, 1998.]

VERNON D. CLAUSING, D.O., *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-11745-7, Glenna Hall, J., entered April 22, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Grosse, J. Now published at 90 Wn. App. 863.

[Nos. 39930-6-I; 40011-8-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL DWIGHT ASBERRY, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 96-1-04800-6, 96-1-04801-8, Larry A. Jordan, J., entered December 10, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 40130-1-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. K.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-07542-8, Charles V. Johnson, J., entered January 30, 1997. *Affirmed* by unpublished per curiam opinion.